# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1737

_____

Shekhar Suresh Patil

*Plaintiff - Appellant*

v.

Minnesota State University Mankato; Inter Faculty Organization

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 7, 2013
Filed: October 9, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

After Minnesota State University, Mankato notified Shekhar Patil that it would not renew his appointment as an assistant professor, he filed this civil suit raising a variety of federal and state claims against the University and the Inter Faculty Organization, a labor organization that represents University faculty. After a hearing,

the District Court[1] gave thorough consideration to each of Patil's claims, granted the pending motions to dismiss, denied Patil's motion for default judgment, and dismissed his complaint. We have carefully reviewed the pleadings, the report and recommendation, the District Court's order, and the briefs in this matter, and we find no basis for reversal. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

———————————————

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.